**Order filed June 4, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00428-CV
_____

**HILARIO R. HERNANDEZ A/K/A HILARIO RAMOS HERNANDEZ, Appellant**

**V.**

**CHRISTINA M. FOOS, INDIVIDUALLY AND AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF BELINDA G. HERNANDEZ, DECEASED, Appellee**

**On Appeal from the County Court at Law No. 2 & Probate Court
Brazoria County, Texas
Trial Court Cause No. PR39396**

## O R D E R

The clerk's record was filed May 24, 2019. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Temporary Injunction Order signed April 23, 2019; or the Notice of Appeal filed May 8, 2019.

The Brazoria County Clerk is directed to file a supplemental clerk's record on or before June 18, 2019, containing:

- the Temporary Injunction Order signed April 23, 2019; and

- the Notice of Appeal filed May 8, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM